IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| IN RE: <br> MIDNIGHT MADNESS DISTILLING LLC, <br><br> Debtor. <br><br> ──────────────────────── <br> BONNIE B. FINKEL, in her capacity as Chapter 7 Trustee, <br><br> Plaintiff, <br><br> v. <br><br> CASEY PARZYCH; SHAWN SHEEHAN; ANGUS RITTENBURG; KELLY FESTA; ASHLEIGH BALDWIN; MICHAEL BOYER; R.F. CULBERTSON; GARY PARZYCH; RYAN USZENSKI; POLEBRIDGE, LLC; GOOD DESIGN, INC.; AGTECH PA LLC; AGTECH VI, LLC; XO ENERGY WORLDWIDE, LLLP; XO EW, LLC; CAN MAN LLC; BEST BEV, LLC; ETOH WORLDWIDE, LLC; CANVAS 340, LLC; FINLAND LEASING CO., INC.; and EUGENE T. PARZYCH, INC., <br><br> Defendants. | : <br> : <br> : <br> : <br> : <br> : <br> : <br> : <br> : <br> : <br> : <br> : <br> : <br> : <br> : <br> : <br> : <br> : <br> : <br> : <br> : <br> : <br> : <br> : <br> : <br> : <br> : <br> : <br> : | MISCELLANEOUS NO. 23-136 <br> BANKRUPTCY NO. 21-11750 <br> ADVERSARY NO. 23-47 |

**ORDER**

**AND NOW**, this 15th day of November, 2023, the court having previously rescheduled oral argument on the motion to withdraw reference (Doc. No. 1) to November 27, 2023, at defense counsel's request, *see* Doc. No. 7; and a scheduling conflict having arisen which unfortunately requires the court to again reschedule oral argument; accordingly, it is hereby **ORDERED** that the oral argument scheduled for November 27, 2023, at 1:30 p.m. is **RESCHEDULED** to **Monday**,

**February 12, 2024**, at **10:00 a.m.** at the Holmes Building, 101 Larry Holmes Drive, 4th Floor, Easton, Pennsylvania 18042.

                                              BY THE COURT:

                                              /s/ *Edward G. Smith*
                                              EDWARD G. SMITH, J.