IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| In re:<br><br>MIDNIGHT MADNESS DISTILLING LLC,<br><br>                                Debtor.<br><br>BONNIE B. FINKEL, in her capacity as Chapter 7 Trustee for Midnight Madness Distilling LLC,<br><br>                                Plaintiff,<br><br>     v.<br><br>CASEY PARZYCH; SHAWN SHEEHAN; ANGUS RITTENBURG; KELLY FESTA; ASHLEIGH BALDWIN; MICHAEL BOYER; R.F. CULBERTSON; GARY PARZYCH; RYAN USZENSKI; POLEBRIDGE, LLC; GOOD DESIGN, INC.; AGTECH PA LLC; AGTECH VI, LLC; XO ENERGY WORLDWIDE, LLLP; XO EW, LLC; CAN MAN LLC; BEST BEV, LLC; ETOH WORLDWIDE, LLC; CANVAS 340, LLC; FINLAND LEASING CO., INC.; and EUGENE T. PARZYCH, INC.,<br><br>                                Defendants. | Chapter 7<br>Case No. 21-11750-MDC<br><br>Adv. No. 23-00047-MDC<br><br>Civil Docket No. 2:23-mc-00136-JMG |

## **ENTRY OF APPEARANCE**

Please enter the appearance of MARIAM KHOUDARI, ESQUIRE on behalf of interested parties Casey Parzych; Shawn Sheehan; Angus Rittenburg; Kelly A. Festa; Ashleigh Baldwin; Michael Boyer; R.F. Culbertson; Polebridge, LLC; Good Design, Inc.; AgTech PA LLC; AgTech VI, LLC; XO Energy Worldwide, LLLP; XO EW, LLC; Best Bev, LLC; Etoh Worldwide, LLC;

228054548 v2

2

and Canvas 340, LLC in connection with the above-captioned proceeding.

| | |
|---|---|
| Date:  December 27, 2023 | **ARCHER & GREINER, P.C.** |
| | <u>*/s/ Mariam Khoudari*          </u> |
| | Stephen M. Packman |
| | Douglas G. Leney |
| | Mariam Khoudari |
| | Three Logan Square |
| | 1717 Arch Street, Suite 3500 |
| | Philadelphia, PA 19103 |
| | Phone:  (215) 963-3300 |
| | Fax:  (215) 963-9999 |
| | spackman@archerlaw.com |
| | dleney@archerlaw.com |
| | mkhoudari@archerlaw.com |