IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| IN RE: :<br>MIDNIGHT MADNESS DISTILLING, LLC, :<br>    Debtor. :<br> :<br>BONNIE B. FINKEL :<br>CHAPTER 7 TRUSTEE, :<br>    Plaintiff, :<br> :<br>    v. :<br> :<br>CASEY PARZYCH, *et al.*, :<br>    Defendants. : | Civil No. 2:23-mc-00136-JMG |

**NOTICE OF STATUS CONFERENCE**

**TAKE NOTICE,** that a **Telephone Status Conference,** in the above case has been set as follows:

Lead counsel shall appear **VIA TELEPHONE** for a Status Conference in the above-captioned matter on **Thursday, January 18, 2024 at 11:00 AM**, by providing a calling bridge to the United States District Court located at 504 West Hamilton Street, Suite 4701, Allentown, Pennsylvania.[1]

For the Court,

*/s/ Brian R. Dixon*
Brian R. Dixon
Deputy Clerk for Judge John M. Gallagher

Date of Notice: January 2, 2024

---

[1] Plaintiff's counsel must provide the Court and opposing counsel with conference bridge details (such as telephone number and access code) no later than Monday, January 8, 2024.