# IN THE UNITED STATES DISTRICT COURT
## FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| IN RE: : <br> MIDNIGHT MADNESS DISTILLING, LLC, : <br>     Debtor. : <br> : <br> BONNIE B. FINKEL : <br> CHAPTER 7 TRUSTEE, : <br>     Plaintiff, : <br> : <br>     v. : <br> : <br> CASEY PARZYCH, *et al.*, : <br>     Defendants. : | Civil No. 2:23-mc-00136-JMG |

## NOTICE OF CANCELLATION

**TAKE NOTICE**, that the Oral Argument scheduled for Tuesday, February 12, 2024 at 10:00 AM (ECF No. 8) is **CANCELLED**.

For the Court,

*/s/ Brian R. Dixon*
Brian R. Dixon
Deputy Clerk for Judge John M. Gallagher

Date of Notice:  February 7, 2024