IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| IN RE:<br>MIDNIGHT MADNESS DISTILLING, LLC,<br>       Debtor.<br><br>BONNIE B. FINKEL<br>CHAPTER 7 TRUSTEE,<br>       Plaintiff,<br><br>       v.<br><br>CASEY PARZYCH, *et al.*,<br>       Defendants. | :<br>:<br>:<br>:<br>:<br>:<br>:<br>:<br>:<br>:<br>:<br>:<br>:     Civil No. 2:23-mc-00136-JMG |

**ORDER**

**AND NOW**, this 9th day of April 2024, upon consideration of the Moving Defendants'[1] Motion to Withdraw the Reference to the bankruptcy court (ECF No. 1), the Plaintiff Trustee's Response (ECF No. 2), and for the reasons set forth in the accompanying Memorandum Opinion, **IT IS HEREBY ORDERED** that the Motion (ECF No. 1) is **DENIED** without prejudice to either party moving to withdraw when the case reaches the trial stage.

BY THE COURT:

*/s/ John M. Gallagher*
JOHN M. GALLAGHER
United States District Court Judge

---

[1] The Moving Defendants are Casey Parzych; Shawn Sheehan; Angus Rittenburg; Kelly A. Festa; Ashleigh Baldwin; Michael Boyer; R.F. Culbertson; Polebridge, LLC; Good Design, Inc.; AgTech PA LLC; AgTech VI, LLC; XO Energy Worldwide, LLLP; XO EW, LLC; Best Bev, LLC; Etoh Worldwide, LLC; and Canvas 340, LLC.